# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL,   )<br>                                                          )<br>        Plaintiff,                                  )<br>                                                          )<br>    v.                                                 )<br>                                                          )<br>PAYPAL,                                         )<br>                                                          )<br>        Defendant.                             ) | No. 4:21-CV-886 HEA |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented plaintiff Joseph Michael Devon Engel's civil complaint for money damages was received by the Court for filing on July 21, 2021. However, plaintiff neither paid the $402 court filing fee nor filed a motion to proceed *in forma pauperis* (or without prepayment of fees or costs), along with a certified copy of his account statement. *See* 28 U.S.C. § 1915(a).[1] As such, the Court will allow plaintiff twenty-one (21) days to either pay the full filing fee or file his motion to proceed *in forma pauperis* and account statement. His failure to do so in a timely manner will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the motion to proceed *in forma pauperis* form for prisoners.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $402 filing fee **or** submit a motion to proceed *in forma pauperis* within twenty-one (21) days of the date of this Order.

---

[1] The Court notes that plaintiff has accumulated "three strikes" pursuant to 28 U.S.C. § 1915(g) by having three actions dismissed as frivolous, malicious and/or for failure to state a claim upon which relief may be granted. Thus, if he seeks leave to proceed *in forma pauperis* in this action, his request will likely be denied unless he can show he was under imminent danger of serious physical injury at the time of the filing of the complaint.

**IT IS FURTHER ORDERED** that if plaintiff files a motion to proceed *in forma pauperis*, he must also file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice. If the case is dismissed for non-compliance with this Order, the dismissal will **not** count as a "strike" under 28 U.S.C. § 1915(g).

Dated this 23rd day of July, 2021.

/s/ Henry Edward Autrey
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE